Andrea Kimball, State Bar No. 196485
Email: akimball@luce.com
Ben West, State Bar No. 251018
Email: bwest@luce.com
LUCE, FORWARD, HAMILTON & SCRIPPS LLP
600 West Broadway, Suite 2600
San Diego, California 92101-3372
Telephone No.: 619.236.1414
Fax No.: 619.232.8311

Attorneys for Defendant Central Recovery Treatment, LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GRASSHOPPER HOUSE, LLC, a California limited liability company, doing business as PASSAGES MALIBU, AND PASSAGES SILVER STRAND, LLC, a limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>CENTRAL RECOVERY TREATMENT, LLC, a Nevada limited liability company, doing business as Las Vegas Recovery Center,<br><br>Defendants. | Case No. CV09-9352 DSF (PJWx)<br><br>**CERTIFICATION AS TO INTERESTED PARTIES FRCP 7.1 L.R. 7.1-1**<br><br>Judge: Hon. Dale S. Fischer<br>Crtrm.: 840<br><br>Complaint Filed: 12/2109 |

The undersigned, counsel of record for Defendant Central Recovery Treatment, LLC, certifies pursuant to FRCP 7.1 that Central Recovery Treatment, LLC's parent corporation is ASOT Enterprises, LLLP.  There is no publicly held corporation owning 10% or more of Central Recovery Treatment, LLC's membership units.

The undersigned further certifies pursuant to L.R. 7.1-1 that the following listed parties have a pecuniary interest in the outcome of this case.  These representations are made to enable the Court to evaluate possible disqualification or recusal:

Central Recovery Treatment, LLC – Defendant

ASOT Enterprises, LLLP – majority owner of Central Recovery Treatment, LLC

1  CERTIFICATION AS TO INTERESTED PARTIES

1  Stuart Smith – owner of ASOT Enterprises, LLLP

2  Brad Greenstein – part-owner of Central Recovery Treatment, LLC

3  Frank Szabo – part-owner of Central Recovery Treatment, LLC

4  Philadelphia Insurance Companies – liability insurance carrier

5

6  DATED: January 12, 2010        LUCE, FORWARD, HAMILTON & SCRIPPS LLP

7

8              By: s/Ben West
                   Ben West
9                  Attorneys for Defendant Central Recovery
                   Treatment, LLC, a Nevada limited liability
10                 company.

11  101208460.1

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28