PROOF OF SERVICE

I am over the age of 18 years, employed in the County of Los Angeles, and not a party to the above entitled action. My business address is 9250 Wilshire Blvd., Suite 325, Beverly Hills, California 90212.

On January 20, 2010, I served:

**PLAINTIFFS' RESPONSE TO JANUARY 20, 2010 ORDER RE: NOTICE TO THE PATENT AND TRADEMARK OFFICE**

by transmitting to:

Kenneth A. Woloson, Esq.
Registered Agent for service for
CENTRAL RECOVERY TREATMENT, LLC
400 S. 4th St., 3rd St.
Las Vegas, NV 89101

[X] BY MAIL: I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on the same day with postage thereon fully prepaid at Beverly Hills, California, in the ordinary course of business. I am aware that on the motion of the party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one day after the date of deposit for mailing shown on this proof of service.

[X] FEDERAL: I declare, under penalty of perjury under the laws of the United States that the foregoing is true and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on January 20, 2010, at Beverly Hills, California.

___/s/Michiko Speier___
Michiko Speier