R. Joseph Trojan  CA Bar No. 137,067
trojan@trojanlawoffices.com
TROJAN LAW OFFICES
9250 Wilshire Blvd., Suite 325
Beverly Hills, CA  90212
Telephone:   310-777-8399
Facsimile:    310-777-8348
Attorneys for Plaintiffs Passages Silver Strand, LLC
and Grasshopper House, LLC


Andrea Kimball, State Bar No. 196485
akimball@luce.com
Ben West, State Bar No. 251018
bwest@luce.com
LUCE, FORWARD, HAMILTON & SCRIPPS LLP
600 West Broadway, Suite 2600
San Diego, California 92101-3372
Telephone: 619.236.1414
Facsimile: 619.232.8311
Attorneys for Defendant Central Recovery Treatment, LLC

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Grasshopper House, LLC**, a California limited liability company doing business as Passages Malibu, and **Passages Silver Strand, LLC**, a California limited liability company,<br><br>          Plaintiffs,<br><br>     vs.<br><br>**Central Recovery Treatment, LLC**, a Nevada limited liability company, doing business as Las Vegas Recovery Center,<br><br>          Defendant. | CASE NO. CV-09-9352 DSF (PJWx)<br><br>**STIPULATION TO REQUEST CONTINUANCE OF SCHEDULING CONFERENCE**<br><br>Hon. Dale S. Fischer |

-1-

Plaintiffs Grasshopper House, LLC and Passages Silver Strand, LLC and Defendant Central Recovery Treatment, LLC, by and through their undersigned counsel, and pursuant to Local Rule 7-1, agree to and hereby do request the Court to continue the Scheduling Conference to be held pursuant to Rule 16(b) of the Federal Rules of Civil Procedure ("Scheduling Conference"), from April 12, 2010 to May 12, 2010. This stipulation is made on the following grounds:

1. Pursuant to the Court's Order Setting Scheduling Conference, the Scheduling Conference is set for April 12, 2010. *See* Docket Entry No. 9. The parties are required to conduct a Rule 26(f) meeting and conference on a discovery plan 21 days before the Scheduling Conference and file the Joint Rule 26(f) Report 7 days before the Scheduling Conference. *See id*. at 2.

2. The parties request a continuance of the Scheduling Conference, and the Rule 26(f) deadlines depending therefrom, in order to finalize a proposed settlement agreement. Plaintiffs have sent a proposed settlement agreement to Defendant. *See* Declaration of R. Joseph Trojan at ¶ 3. Defendant has indicated that it expects to settle with changes to the proposed settlement agreement. *Id*.

3. There have been no prior requests for a continuance of the Scheduling Conference. *Id*. at ¶ 4.

4. A denial of the continuance would hinder and prolong settlement negotiations, which would obviate the need for the Scheduling Conference once settlement is finalized. Thus, the parties respectfully request that the Court continue the Scheduling Conference.

**IT IS SO STIPULATED.**
//
//
//
//
//

-2-

Respectfully submitted,
TROJAN LAW OFFICES
by

Date: March 12, 2010

/s/ R. Joseph Trojan
R. Joseph Trojan

Attorney for Plaintiffs,
Grasshopper House, LLC and Passages Silver Strand, LLC

LUCE, FORWARD, HAMILTON & SCRIPPS LLP
by

Date: March 12, 2010

/s/ Ben West
Ben West

Attorney for Defendant,
Central Recovery Treatment, LLC

TROJAN LAW OFFICES
BEVERLY HILLS