1  R. Joseph Trojan  CA Bar No. 137,067
   trojan@trojanlawoffices.com
2  TROJAN LAW OFFICES
3  9250 Wilshire Blvd., Suite 325
   Beverly Hills, CA  90212
4  Telephone:   310-777-8399
5  Facsimile:   310-777-8348
   Attorneys for Plaintiffs Passages Silver Strand, LLC
6  and Grasshopper House, LLC

7
   Andrea Kimball, State Bar No. 196485
8  akimball@luce.com
9  Ben West, State Bar No. 251018
   bwest@luce.com
10 LUCE, FORWARD, HAMILTON & SCRIPPS LLP
11 600 West Broadway, Suite 2600
   San Diego, California 92101-3372
12 Telephone: 619.236.1414
13 Facsimile: 619.232.8311
   Attorneys for Defendant Central Recovery
14 Treatment, LLC

**DENIED**
BY ORDER OF THE COURT

TROJAN LAW OFFICES
BEVERLY HILLS

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Grasshopper House, LLC**, a California limited liability company doing business as Passages Malibu, and **Passages Silver Strand, LLC**, a California limited liability company,<br><br>     Plaintiffs,<br>  vs.<br><br>**Central Recovery Treatment, LLC**, a Nevada limited liability company, doing business as Las Vegas Recovery Center,<br><br>     Defendant. | CASE NO. CV-09-9352 DSF (PJWx)<br><br>**[PROPOSED] ORDER CONTINUING SCHEDULING CONFERENCE**<br><br>Hon. Dale S. Fischer |

-1-

Plaintiffs Grasshopper House, LLC and Passages Silver Strand, LLC and Defendant Central Recovery Treatment, LLC, by and through their undersigned counsel, and pursuant to Local Rule 7-1, agreed to and did request the Court to continue the Scheduling Conference to be held pursuant to Rule 16(b) of the Federal Rules of Civil Procedure ("Scheduling Conference"), from April 12, 2010 to June 7, 2010, or as soon thereafter as the Court is available. This order is made on the following grounds:

1. Pursuant to the Court's Order Setting Scheduling Conference, the Scheduling Conference is set for April 12, 2010. *See* Docket Entry No. 9. The parties are required to conduct a Rule 26(f) meeting and conference on a discovery plan 21 days before the Scheduling Conference and file the Joint Rule 26(f) Report 7 days before the Scheduling Conference. *See id*. at 2.

2. The parties requested a continuance of the Scheduling Conference, and the Rule 26(f) deadlines depending therefrom, in order to finalize a proposed settlement agreement. There has been one prior request for a continuance of the Scheduling Conference to May 12, 2010, which was denied because the Court is unavailable in May to continue the Scheduling Conference to that date.

4. The parties believe a denial of the continuance would hinder and prolong settlement negotiations, which would obviate the need for the Scheduling Conference once settlement is finalized. Thus, the parties respectfully requested that the Court continue the Scheduling Conference.

//
//
//
//
//
//

**FOR GOOD CAUSE SHOWN, IT IS HEREBY ORDERED** that the Scheduling Conference is continued from April 12, 2010 to June ___, 2010, and the parties shall calculate the Rule 26(f) deadlines depending therefrom using the latter Scheduling Conference date.

**DENIED**
BY ORDER OF THE COURT

Dated: _____   _____
Hon. Dale S. Fischer
United States District Court