WOLF, RIFKIN, SHAPIRO,
SCHULMAN & RABKIN, LLP
CHARLES J. HARDER (Bar No. 184593)
NICHOLAS A. MERKIN (Bar No. 219604)
11400 West Olympic Boulevard, Ninth Floor
Los Angeles, California 90064-1582
Telephone: (310) 478-4100
Facsimile:  (310) 479-1422
Email:      Charder@WRSlawyers.com

Attorneys for Plaintiffs
GRASSHOPPER HOUSE, LLC and
PASSAGES SILVER STRAND, LLC

LUCE, FORWARD, HAMILTON
& SCRIPPS LLP
BEN WEST (Bar No. 251018)
600 West Broadway, Suite 2600
San Diego, CA 92101-3391
Telephone: (619) 533-7366
Facsimile:  (619) 232-8311
Email:      bwest@luce.com

Attorneys for Defendant
CENTRAL RECOVERY TREATMENT, LLC

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GRASSHOPPER HOUSE, LLC, et al., | Case No.: CV-09-9352 DSF (PJWx) |
| Plaintiffs, | Honorable Dale S. Fisher |
| v. | **STIPULATION RE: DISMISSAL** |
| | [Proposed] Order Lodged Concurrently |
| CENTRAL RECOVERY TREATMENT, LLC; and DOES 1-10, inclusive, | Courtroom: 840 |
| Defendant. | |

## **STIPULATION**

Plaintiffs GRASSHOPPER HOUSE, LLC and PASSAGES SILVER STRAND, LLC (collectively, "Plaintiffs") and Defendant CENTRAL RECOVERY TREATMENT, LLC ("Defendant") stipulate to and move the Court for an Order dismissing the herein action with prejudice, and with all parties bearing their respective attorneys' fees and costs.

Dated: April 2, 2010       LUCE, FORWARD, HAMILTON
                                                     & SCRIPPS LLP

By: /s/ Ben West

    BEN WEST
    Attorneys for Defendant
    CENTRAL RECOVERY
    TREATMENT, LLC

Dated: April 2, 2010       WOLF, RIFKIN, SHAPIRO,
                                                     SCHULMAN & RABKIN, LLP

By: /s/ Charles J. Harder

    CHARLES J. HARDER
    NICHOLAS A. MERKIN
    Attorneys for Plaintiffs
    GRASSHOPPER HOUSE, LLC and
    PASSAGES SILVER STRAND, LLC