1  Andrea M. Kimball, State Bar No. 196485
   Email: akimball@luce.com
2  Ben West, State Bar No. 251018
   Email: bwest@luce.com
3  LUCE, FORWARD, HAMILTON & SCRIPPS LLP
   600 West Broadway, Suite 2600
4  San Diego, California 92101-3372
   Telephone No.: 619.236.1414
5  Fax No.: 619.232.8311

6  Attorneys for Defendant Central Recovery Treatment, LLC, a Nevada limited
   liability company, doing business as Las Vegas Recovery Center
7

8                    UNITED STATES DISTRICT COURT

9                    CENTRAL DISTRICT OF CALIFORNIA

10

11 | GRASSHOPPER HOUSE, LLC, a            | Case No. CV09-9352 DSF (PJWx)
   | California limited liability company,|
12 | doing business as PASSAGES           | **NOTICE OF WITHDRAWAL OF**
   | MALIBU, AND PASSAGES SILVER          | **ATTORNEY ANDREA M.**
13 | STRAND, LLC, a limited liability     | **KIMBALL**
   | company,                             |
14 |                                      |
   |        Plaintiff,                    |
15 |                                      |
   | v.                                   | Judge: Hon. Dale S. Fischer
16 |                                      | Crtrm.: 840
   | CENTRAL RECOVERY                     |
17 | TREATMENT, LLC, a Nevada limited     | Complaint Filed: 12/21/2009
   | liability company, doing business as |
18 | Las Vegas Recovery Center,           |
   |                                      |
19 |        Defendants.                   |

20

21

22

23

24

25

26

27

28

**TO THE CLERK OF THE COURT AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD HEREIN:**

**PLEASE TAKE NOTICE THAT** Defendant Central Recovery Treatment, LLC, a Nevada limited liability company, doing business as Las Vegas Recovery Center, hereby notices the withdrawal of Andrea Kimball as counsel of record in the above-captioned matter. Effective this date, Andrea Kimball is no longer with this firm and should *not* receive any further Notice of Electronic Filings relating to activity in this case.

DATED: April 14, 2010        LUCE, FORWARD, HAMILTON & SCRIPPS LLP

By: s/Andrea M. Kimball
    Andrea M. Kimball
    Ben West
    Attorneys for Defendant
    CENTRAL RECOVERY TREATMENT, LLC,
    a Nevada limited liability company, doing
    business as Las Vegas Recovery Center,

101225022.1